AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-02543

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SECRETARY OF STATE JENA GRISWOLD

was received by me on *(date)*         10/27/2023         .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I, Celeste Doidge, personally mailed both the Summons and the Verified Complaint to
Defendant Secretary of State via Certified Mail Return Receipt Requested (CMRRR). It was
received by an Agent in accordance with Fed. Civ. P. 4(e)(2)(C).

My fees are $      0.00      for travel and $      0.00      for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      10/27/2023                         _____
                                                            *Server's signature*

                                             Celeste Doidge, Notary Public for the State of Texas
                                             _____
                                                            *Printed name and title*

                                                            12 Park Place
                                                            Mansfield, TX  76063
                                             _____
                                                            *Server's address*

Additional information regarding attempted service, etc: