AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-02543

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DONALD JOHN TRUMP__

was received by me on *(date)* __10/27/2023__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I, Celeste Doidge, personally mailed both the Summons and the Verified Complaint to Defendant Donald John Trump's personal residence at 1100 South Ocean Boulevard, Palm Beach, FL 33480, via Certified Mail Return Receipt Requested (CMRRR). It was received by an Agent in accordance with Fed. R. Civ. P. 4(e)(2)(C).

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/27/2023__

*Server's signature*

Celeste Doidge, Notary Public for the State of Texas
*Printed name and title*

12 Park Place
Mansfield, TX 76063
*Server's address*

Additional information regarding attempted service, etc:

I, Celeste Doidge, contracted with a service processor in the State of Florida who was unable to complete service of process on Defendant Donald John Trump because he is currently absent from the state due to his political campaign to be the Republican Nomination for the Presidency of the United States.

To be clear, service is not completed simply by virtue of delivery via CMRRR. Service is completed because the recipient at 1100 South Ocean Boulevard in Palm Beach checked the box confirming he was Defendant Donald John Trump's agent, which perfects service pursuant to Fed. R. Civ. P. 4(e)(2)(C).